BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
OCT 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARLA GARCIA, <br> aka Carla Marila Torres, and <br> ALBERTO FARAGIA GARCIA <br> Defendants. | CASE NO. 5:10-MJ-0041 JLT <br><br> GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The defendants have been extradited from Mexico and arrived in the United States for prosecution in Kern County Superior Court on murder and felony child abuse charges, the charges which were the predicate offense for the federal complaint alleging unlawful flight to avoid apprehension. It is also requested that the arrest warrants that issued herein be recalled.

Dated: October 27, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this ___ day of Oct_____, 2014.

_____
STANLEY B. BOONE
U.S. MAGISTRATE JUDGE